| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:16-CV-186 |
| | § | |
| 5124 GUMWOOD AVENUE, MCALLEN, | § | |
| HIDALGO COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. On August 10, 2017, Judge Giblin issued a Report and Recommendation in which he recommended that the Court deny the United States' motion to strike claimant Hermila E. Correa's claim in this forfeiture case.

To date, the parties have not filed objections to the report. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court conducted a *de novo* review of the magistrate judge's report and the record in this cause. The Court agrees with Judge Giblin's recommended disposition. The Court therefore ORDERS that Judge Giblin's Report and Recommendation (#23) is ADOPTED. The Motion to Strike Verified Claim of Hermila E. Correa (#21) is DENIED. The Court further ORDERS that the pending Motion for Entry of Final Judgment of Forfeiture (#15) is denied as moot, without prejudice to reassert, as recommended by the magistrate judge.

SIGNED at Beaumont, Texas, this 1st day of September, 2017.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE