| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:16-CV-186 |
| § | |
| 5124 GUMWOOD AVENUE, MCALLEN, § | |
| HIDALGO COUNTY, TEXAS, § | |
| § | |
| Defendant. § | |

**MEMORANDUM ORDER ADOPTING**
**REPORT AND RECOMMENDATION ON MOTION FOR SANCTIONS**

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. On November 1, 2018, Judge Giblin issued a Report and Recommendation in which he recommended that the Court grant the United States' motion for sanctions and strike claimant Hermila E. Correa's claim and answer in this forfeiture case. To date, the parties have not filed objections to the report. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court conducted a *de novo* review of the magistrate judge's report and the record in this cause.

The Court agrees with Judge Giblin's recommended disposition. The Court therefore ORDERS that Judge Giblin's Report and Recommendation (#33) is ADOPTED. The Motion for Sanctions (#32) is GRANTED.

The Court further ORDERS that sanctions are imposed against Hermila E. Correa and her answer and claims (#18, #19, #20) are accordingly STRICKEN and DISMISSED. The Court will enter default judgment forfeiting the defendant property to the United States upon the

Government's filing of the appropriate motion and proposed judgment as recommended by the magistrate judge.

**Signed this date**
**Nov 21, 2018**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE